**Order entered July 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01485-CR

**LOUIS HANCOCK DAITCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F04-44009-J**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Although counsel's motion to withdraw reflects that appellant was provided a copy of the record, appellant's request seeks to obtain copies of the record in order to prepare his pro se response. The address for appellant contained in counsel's motion to withdraw is for a different facility than the one on appellant's request for the record, and the Court cannot determine whether appellant actually received the record counsel indicated was sent to him.

Accordingly, we **ORDER** appellate counsel Riann Moore to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Moore to provide this

Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **SEPTEMBER 20, 2013**.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Riann Moore, Dallas County Public Defender's Office.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Louis Daitch, TDCJ No. 1819611, Byrd Unit, 21 F.M. 247, Huntsville, Texas 77320.

/s/     DAVID EVANS
          JUSTICE